**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

United Plastic Recycling, Inc.,

    Debtor.

Case No. 15-32928
Chapter 11

United Plastic Recycling, Inc.,

    Plaintiff,

v.

Sabic Americas, Inc. et al.,

    Defendant.

Adversary Proceeding
No. 17-3069
Judge William R. Sawyer

### ACKNOWLEDGMENT OF PLAINTIFF'S DISMISSAL

In accordance with Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, as made applicable by Rule 7041, Federal Rules of Bankruptcy Procedure, this serves as acknowledgment of the plaintiff's dismissal of this adversary proceeding with prejudice. This adversary proceeding will be closed.

Dated November 9, 2017

Juan-Carlos Guerrero
Clerk of Court

c: All parties

United Plastic Recycling, Inc.,
        Plaintiff                                                    Adv. Proc. No. 17-03069-WRS

Sabic Americas, Inc. dba GE Plastics,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 1127-2          User: thagmaier          Page 1 of 1          Date Rcvd: Nov 09, 2017
                             Form ID: pdfSOME          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
dft           +Sabic Americas, Inc. dba GE Plastics,   c/o CT Corporation System,   208 South LaSalle Ste 814,
               Chicago, IL 60604-1101
dft           +Sabic Innovative Plastics US LLC,   c/o CT Corporation System,   208 South LaSalle Ste 814,
               Chicago, IL 60604-1101
pla           +United Plastic Recycling, Inc.,   c/o Memory & Day,   PO Box 4054,   Montgomery, AL 36103-4054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
        Stuart  Memory   on behalf of Plaintiff   United Plastic Recycling, Inc. smemory@memorylegal.com,
          vgm@memorylegal.com;wcausby@memorylegal.com;sdavis@memorylegal.com;bwesley@memorylegal.com
                                                                            TOTAL: 1